1  Harvey C. Berger (SBN 102973)
   *berger@popeberger.com*
2  Sara J. Waller (SBN 292432)
   *swaller@popeberger.com*
3  **POPE, BERGER, WILLIAMS & REYNOLDS, LLP**
   401 B Street, Suite 2000
4  San Diego, California 92101
   Telephone: (619) 234-1222
5  Facsimile: (619) 236-9677

6  Attorneys for Defendants ACCREDITED DEBT RELIEF, LLC; SHAWN R.
7  SYNDERGAARD; BENJAMIN P. SCHWAN; and BRIAN M. STONE

8               **UNITED STATES DISTRICT COURT**

9           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | JORDAN TERRADO, PAKTIN KARIM,       Case No.: 17-cv-2509 CAB NLS
   | and JOSHUA ATOE individually and on
12 | behalf of all others similarly situated,    **DEFENDANTS' ANSWER TO**
   |                                             **PLAINTIFFS' COUNTERCLAIM**
13 |        Plaintiffs,

14 | vs.

15 | ACCREDITED DEBT RELIEF, LLC,
   | SHAWN R. SYNDERGAARD,
16 | BENJAMIN P. SCHWAN, and BRIAN
   | M. STONE, jointly and severally, as
17 |
   |        Defendants.
18

19        Defendants   ACCREDITED   DEBT   RELIEF,   LLC;   SHAWN   R.

20 SYNDERGAARD, BENJAMIN P. SCHWAN, and BRIAN M. STONE respond to

21 the correspondingly numbered paragraphs of Plaintiffs' Complaint for Damages as

22 follows.

23        For convenience, Defendants use this Answer the section headings contained in

24 the Complaint. However, Defendants make no admission as to any allegations

25 contained in those headings.

26 / / /

27 / / /

28 / / /

## **INTRODUCTION**

1.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1, and therefore are unable to admit or deny those allegations.

2.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2, and therefore deny those allegations.

3.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore deny those allegations, except that Accredited Debt Relief ("ADR") contacts consumers for the purpose of selling packages.

4.    Defendants admit the allegations contained in paragraph 4.

5.    Defendants admit the allegations contained in paragraph 5.

6.    Defendants admit that ADR currently has over 100 employees who sell packages, primarily over the phone, however, Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6, and therefore deny those allegations.

7.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7, and therefore are unable to admit or deny those allegations.

8.    Defendants admit that ADR hired some sales employees on a full-time basis, however, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8, and therefore deny those allegations.

9.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and therefore deny those allegations.

10.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10, and therefore deny those allegations.

11.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and therefore deny those allegations.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

12.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12, and therefore deny those allegations.

13.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and therefore deny those allegations.

14.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14, and therefore deny those allegations.

15.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15, and therefore deny those allegations.

16.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, and therefore deny those allegations.

17.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17, and therefore are unable to admit or deny those allegations.

## JURISDICTION AND VENUE

18.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, and ADR's sales employees signed arbitration agreements, Defendants therefore deny those allegations.

19.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, and ADR's sales employees signed arbitration agreements, Defendants therefore deny those allegations.

20.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20, and ADR's sales employees signed arbitration agreements, Defendants therefore deny those allegations.

21.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21, and ADR's sales employees signed arbitration agreements, Defendants therefore deny those allegations.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

**PARTIES**

22.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22, and therefore are unable to admit or deny those allegations except that Plaintiff Jason Terrado began working for ADR on or around October 24, 2016.

23.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23, and therefore are unable to admit or deny those allegations except that Plaintiff Paktin Karim began working for ADR on or around November 7, 2016.

24.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24, and therefore are unable to admit or deny those allegations except that Plaintiff Joshua Atoe began working for ADR on or around April 10, 2017.

25.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25, and therefore are unable to admit or deny those allegations.

26.     Defendants admit the allegations in paragraph 26.

27.     Defendants admit the allegations in paragraph 27.

28.     Defendants admit the allegations in paragraph 28.

29.     Defendants admit the allegations in paragraph 29.

30.     Defendants admit the allegations in paragraph 30.

**JOINT EMPLOYER ALLEGATIONS**

31.     The allegations contained in paragraph 31 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

32.     The allegations contained in paragraph 32 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required,

Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

33. The allegations contained in paragraph 33 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

34. The allegations contained in paragraph 34 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

35. The allegations contained in paragraph 35 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

36. The allegations contained in paragraph 36 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

37. The allegations contained in paragraph 37 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

38. The allegations contained in paragraph 38 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

39. Defendants admit the allegations in paragraph 39.

40. Defendants lack knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 40, and therefore deny those allegations, except that ADR contracted with PayChex.

41.   The allegations contained in paragraph 41 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

42.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42, and therefore deny those allegations, except that some of the owner Defendants set commission structure.

43.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43, and therefore deny those allegations.

44.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44, and therefore deny those allegations.

45.   The allegations contained in paragraph 45 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

46.   The allegations contained in paragraph 46 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

47.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47, and therefore deny those allegations.

48.   The allegations contained in paragraph 48 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

49.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49, and therefore deny those allegations.

50.     The allegations contained in paragraph 50 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

51.     Defendants admit the allegations in paragraph 51.

52.     The allegations contained in paragraph 52 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

53.     Defendants admit the allegations in paragraph 53.

54.     The allegations contained in paragraph 54 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

55.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55, and therefore deny those allegations, except that Defendant Schwan was in the San Diego office on a regular basis.

56.     The allegations contained in paragraph 56 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

57.     Defendants admit the allegations in paragraph 57.

58.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58, and therefore deny those allegations.

59.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59, and therefore deny those allegations,

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

except that Defendants Schwan and Syndergaard were involved in the setting an

monitoring of performance goals for sales employees.

60.     The allegations contained in paragraph 60 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

61.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61, and therefore deny those allegations.

62.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62, and therefore deny those allegations.

63.     The allegations contained in paragraph 63 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

64.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64, and therefore deny those allegations.

65.     The allegations contained in paragraph 65 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

66.     The allegations contained in paragraph 66 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

67.     The allegations contained in paragraph 67 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

68.     The allegations contained in paragraph 68 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

69.     The allegations contained in paragraph 69 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

70.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70, and therefore deny those allegations.

71.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71, and therefore deny those allegations, except that ADR did employ sales employees who sold packages.

72.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72, and therefore deny those allegations.

73.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73, and therefore deny those allegations.

74.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74, and therefore deny those allegations.

75.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75, and therefore deny those allegations.

## GENERAL ALLEGATIONS

76.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76, and therefore deny those allegations.

77.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77, and therefore deny those allegations.

78.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78, and therefore deny those allegations.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

79.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79, and therefore deny those allegations.

80.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80, and therefore deny those allegations.

81.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81, and therefore deny those allegations.

82.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82, and therefore deny those allegations.

83.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83, and therefore deny those allegations.

84.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84, and therefore deny those allegations.

85.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85, and therefore deny those allegations.

86.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86, and therefore deny those allegations, except that Defendants did expect their sales employees, where appropriate, to remain on their phones and/or computers during their shifts except during meal and rest periods.

87.     The allegations contained in paragraph 87 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

**Defendants Falsified Their Agents' Time Records**

88.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88, and therefore deny those allegations.

89.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89, and therefore deny those allegations.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT        2:17-cv-2509 CAB (NLS)

90.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90, and therefore deny those allegations.

91.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91, and therefore deny those allegations.

92.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92, and therefore deny those allegations.

93.    The allegations contained in paragraph 93 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

### Defendants' Commission-Only Compensation System

94.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94, and therefore deny those allegations.

95.    Defendants admit the allegations in paragraph 95.

96.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96, and therefore deny those allegations.

97.    Defendants admit the allegations in paragraph 97.

98.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98, and therefore deny those allegations.

### Off-the-Clock Work

99.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99, and therefore deny those allegations.

100.    Defendants admit the allegations in paragraph 100.

101.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101, and therefore deny those allegations.

102.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102, and therefore deny those allegations.

103.    Defendants lack knowledge or information sufficient to form a belief as

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT        2:17-cv-2509 CAB (NLS)

to the truth of the allegations in paragraph 103, and therefore deny those allegations.

104.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104, and therefore deny those allegations.

105.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105, and therefore deny those allegations.

**Meal and Rest Period Violations**

106.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106, and therefore deny those allegations.

107.   The allegations contained in paragraph 107 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

108.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108, and therefore deny those allegations.

109.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109, and therefore deny those allegations, except Labor Code § 512 as stated in Complaint.

110.   Defendants admit the allegations in paragraph 110.

111.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111, and therefore deny those allegations.

112.   The allegations contained in paragraph 112 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

113.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113, and therefore deny those allegations.

114.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114, and therefore deny those allegations.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

115.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115, and therefore deny those allegations.

116.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116, and therefore deny those allegations.

117.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117, and therefore deny those allegations.

118.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118, and therefore deny those allegations.

**Defendants Failed to Properly Calculate the Regular Rate of Pay**

119.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 119, and therefore deny those allegations.

120.   The allegations contained in paragraph 120 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

121.   The allegations contained in paragraph 121 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

122.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122, and therefore deny those allegations.

123.   The allegations contained in paragraph 123 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

124.   The allegations contained in paragraph 124 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT        2:17-cv-2509 CAB (NLS)

those allegations.

125.   The allegations contained in paragraph 125 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

126.   The allegations contained in paragraph 126 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

127.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127, and therefore deny those allegations.

128.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128, and therefore deny those allegations.

129.   The allegations contained in paragraph 129 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

130.   The allegations contained in paragraph 130 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

131.   The allegations contained in paragraph 131 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

## FLSA COLLECTIVE ACTION ALLEGATIONS

132.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132, and therefore deny those allegations.

133.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 133, and therefore deny those allegations.

134.   The allegations contained in paragraph 134 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

135.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 135, and therefore deny those allegations.

136.   The allegations contained in paragraph 136 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

137.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137, and therefore deny those allegations.

138.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138, and therefore deny those allegations.

139.   The allegations contained in paragraph 139 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

140.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140, and therefore deny those allegations.

141.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 141, and therefore deny those allegations.

142.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 142, and therefore deny those allegations.

143.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143, and therefore deny those allegations.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

144.   The allegations contained in paragraph 144 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

145.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145, and therefore deny those allegations, except that ADR's employees are identifiable through ADR's records.

146.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146, and therefore deny those allegations, except that the number of ADR's employees employed at different times should be ascertainable from ADR's records.

## RULE 23 CLASS ACTION ALLEGATIONS

147.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 147, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

148.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

149.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

150.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

151.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 151, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

152.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

153.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

154.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

155.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

156.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 156, and ADR's sales employees signed arbitration agreements, Defendants therefore deny the allegations contained in this paragraph.

/ / /

/ / /

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

## COUNT I

## VIOLATION OF FLSA, 29 U.S.C. § 201, *et seq*.

## FAILURE TO PA OVERTIME WAGES

157.   Defendants incorporate all previous admissions and denials, as applicable.

158.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158, and therefore deny the allegations contained in this paragraph, except that Defendants were engaged in interstate commerce.

159.   Defendants admit the allegations in paragraph 159.

160.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160, and therefore deny the allegations contained in this paragraph.

161.   The allegations contained in paragraph 161 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

162.   Defendants admit the allegations in paragraph 162.

163.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163, and therefore deny the allegations contained in this paragraph.

164.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164, and therefore deny the allegations contained in this paragraph.

165.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165, and therefore deny the allegations contained in this paragraph.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

166.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166, and therefore deny the allegations contained in this paragraph.

167.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167, and therefore deny the allegations contained in this paragraph.

168.   The allegations contained in paragraph 168 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

## COUNT II

## VIOLATION OF CALIFORNIA LABOR CODE §§ 510, 1194, 1198
## AND IWC WAGE ORDER 4 – FAILURE TO PAY OVERTIME

169.   Defendants incorporate all previous admissions and denials, as applicable.

170.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170, and therefore deny the allegations contained in this paragraph.

171.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 171, and therefore deny the allegations contained in this paragraph.

172.   The allegations contained in paragraph 172 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

173.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173, and therefore deny the allegations contained in this paragraph.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT        2:17-cv-2509 CAB (NLS)

174. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 174, and therefore deny the allegations contained in this paragraph.

175. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 175, and therefore deny the allegations contained in this paragraph.

176. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 176, and therefore deny the allegations contained in this paragraph.

177. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 177, and therefore deny the allegations contained in this paragraph.

**COUNT III**

**VIOLATION OF CALIFORNIA LABOR CODE §§ 221 and 223**

**UNLAWFUL DEDUCTIONS**

178. Defendants incorporate all previous admissions and denials, as applicable.

179. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 179, and therefore deny the allegations contained in this paragraph.

180. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 180, and therefore deny the allegations contained in this paragraph.

181. Defendants admit the allegations in paragraph 181.

182. Defendants admit the allegations in paragraph 182.

183. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 183, and therefore deny the allegations contained in this paragraph.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

184.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184, and therefore deny the allegations contained in this paragraph.

## COUNT IV

## VIOLATION OF CALIFORNIA LABOR CODE §§ 226.7 and 512
## FAILURE TO PROVIDE MEAL AND REST BREAKS

185.   Defendants incorporate all previous admissions and denials, as applicable.

186.   The allegations contained in paragraph 186 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

187.   Defendants admit the allegations in paragraph 187.

188.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 188, and therefore deny the allegations contained in this paragraph.

189.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189, and therefore deny the allegations contained in this paragraph.

190.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190, and therefore deny the allegations contained in this paragraph.

191.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 191, and therefore deny the allegations contained in this paragraph.

192.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 192, and therefore deny the allegations contained in this paragraph.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

193.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 193, and therefore deny the allegations contained in this paragraph.

194.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 194, and therefore deny the allegations contained in this paragraph.

## COUNT V

## VIOLATION OF CALIFORNIA LABOR CODE §§ 226 and 1174

## FAILURE TO PROVIDE ACCURATE WAGE STATEMENTS

195.   Defendants incorporate all previous admissions and denials, as applicable.

196.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 196, and therefore deny the allegations contained in this paragraph.

197.   The allegations contained in paragraph 197 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

198.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 198, and therefore deny the allegations contained in this paragraph.

199.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 199, and therefore deny the allegations contained in this paragraph.

200.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 200, and therefore deny the allegations contained in this paragraph.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

## COUNT VI

## VIOLATION OF CALIFORNIA LABOR CODE §§ 2802

## FAILURE TO INDEMNIFY EMPLOYEES' EXPENSES AND LOSSES

201.   Defendants   incorporate   all   previous   admissions   and   denials,   as applicable.

202.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 202, and therefore deny the allegations contained in this paragraph.

203.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 203, and therefore deny the allegations contained in this paragraph.

204.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 204, and therefore deny the allegations contained in this paragraph.

## COUNT VII

## VIOLATION OF BUSINESS AND PROFESSIONS CODE, § 17200, *et seq.*

205.   Defendants   incorporate   all   previous   admissions   and   denials,   as applicable.

206.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 206, and therefore deny the allegations contained in this paragraph.

207.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 207, and therefore deny the allegations contained in this paragraph.

208.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 208, and therefore deny the allegations contained in this paragraph.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

209.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 209, and therefore deny the allegations contained in this paragraph.

210.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 210, and therefore deny the allegations contained in this paragraph.

211.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 211, and therefore deny the allegations contained in this paragraph.

212.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 212, and therefore deny the allegations contained in this paragraph.

## COUNT VIII

## VIOLATION OF BUSINESS AND PROFESSIONS CODE, § 17200, *et seq.*

213.   Defendants incorporate all previous admissions and denials, as applicable.

214.   The allegations contained in paragraph 214 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

215.   The allegations contained in paragraph 215 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

216.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 216, and therefore deny the allegations contained in this paragraph.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

217.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 217, and therefore deny the allegations contained in this paragraph.

218.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 218, and therefore deny the allegations contained in this paragraph.

219.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 219, and therefore deny the allegations contained in this paragraph.

220.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 220, and therefore deny the allegations contained in this paragraph.

221.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 221, and therefore deny the allegations contained in this paragraph.

222.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 222, and therefore deny the allegations contained in this paragraph.

## COUNT VIII

## VIOLATION OF BUSINESS AND PROFESSIONS CODE, § 17200, *et seq.*

223.   Defendants incorporate all previous admissions and denials, as applicable.

224.   Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 224, and therefore deny the allegations contained in this paragraph.

225.   The allegations contained in paragraph 225 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of

those allegations.

226.  The allegations contained in paragraph 226 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

227.  The allegations contained in paragraph 227 constitute conclusions of law to which no responsive pleading is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

228.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 228, and therefore deny the allegations contained in this paragraph.

## PRAYER FOR RELIEF

Defendants deny that Plaintiffs, or any member of any putative class they seek to represent, are entitled to any relief, monetary, equitable, or otherwise.

## DEMAND FOR JURY TRIAL

Defendants acknowledge Plaintiffs' jury demand, but den that Plaintiffs are entitled to a jury trial with respect to any of the equitable relief sought in the Complaint.

## AFFIRMATIVE DEFENSES

Without waiving or excusing the burden of proof of the named Plaintiffs and/or the Putative Class members or admitting that Defendants have any burden of proof, Defendants assert the following affirmative defenses to Plaintiffs' Complaint.

## FIRST DEFENSE

Each of the claims fails to state a claim for which relief may be granted.

## SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, unclean hands and/or laches.

### THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

### FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendant's alleged acts or omissions did not cause plaintiffs to incur or sustain any damages.

### FIFTH DEFENSE

Plaintiffs failed to use reasonable means under the circumstances to avoid or minimize their alleged damages.

### SIXTH DEFENSE

Defendants at all times acted in good faith and with reasonable grounds for believing their actions were lawful.

### SEVENTH DEFENSE

Plaintiffs' claims, and/or those of some or all of the class members, are barred because Plaintiffs have released the right to seek relief for the conduct alleged in the Complaint.

### EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the express terms of their respective arbitration agreements.

### NINTH DEFENSE

Plaintiffs do not qualify as non-exempt employees, and Plaintiffs' claims are barred because Plaintiffs are exempt from any applicable Labor Laws and/or the Fair Labor Standards Act.

### TENTH DEFENSE

Plaintiffs are not entitled to overtime wages under the Fair Labor Standards Act or California law.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' alleged damages were causes by Plaintiffs' own acts and/or omissions.

## TWELFTH DEFENSE

Plaintiffs' claims are barred by payment, setoff, settlement, and/or accord and satisfaction.

## THIRTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrines of waiver, estoppel and/or quasi-judicial estoppel.

## FOURTEENTH DEFENSE

Any alleged violation of the FLSA by Defendant was not willful, and all claims are limited to a two-year limitations period calculated from the "opt-in" date of the Plaintiffs or any future plaintiff or member of the Putative Class who files her or his written consent to join this action.

## FIFTEENTH DEFENSE

Defendant at all times acted reasonably and in good faith in attempting to comply with any obligations it may have had under the FLSA and/or the California Labor Code to Plaintiffs and the Putative Class (all of which obligations are denied). Accordingly, liquidated damages are not available to Plaintiffs or members of the Putative Class under the provisions of the FLSA or the California Labor Code.

## SIXTEENTH DEFENSE

Plaintiffs' purported claims under the FLSA are barred in whole or in part by the provisions of Section 10 of the Portal-to-Portal Act, 29 U.S.C. § 259, because any actions taken or not taken by Defendant giving rise to this action were done in good faith in conformity with and reliance upon written administrative regulations, orders, rulings, approvals, interpretations, or written and unwritten administrative practices or enforcement policies of the Administrator of the Wage and Hour Division of the United States Department of Labor.

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

## SEVENTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, under the avoidable consequences doctrine Plaintiffs' alleged damages were causes by Plaintiffs' own acts and/or omissions.

## EIGHTEENTH DEFENSE

Plaintiffs' purported claims under the FLSA are barred in whole or in part by the provisions of Section 11 of the Portal-to-Portal Act, 29 U.S.C. § 260, because any acts or omissions by Defendant giving rise to this action were done in good faith and with reasonable grounds for believing that the acts or omissions were not a violation of the FLSA.

## NINETEENTH DEFENSE

Defendant cannot be liable for any alleged violation of California Business and Professions Code Sections 17200 et. seq. because any such action, conduct and/or dealings with Plaintiffs and Putative Class members, if any, were lawful and were carried out in good faith and for legitimate business and economic considerations.

## TWENTIETH DEFENSE

Plaintiffs' and Putative Class members have not suffered any loss of money or property as defined under the California Business & Professions Code Sections 17200 et seq., and therefore lack standing to pursue some or all of the purported claims alleged in the Amended Complaint.

## TWENTY-FIRST DEFENSE

Plaintiffs and Putative Class members cannot recover penalties or certain other monetary remedies under California Business and Professions Code sections 17200 et seq.

## TWENTY-SECOND DEFENSE

After-acquired evidence of Plaintiffs' misconduct, if discovered, may bar some or all of Plaintiffs' claims, allegations or alleged damages.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          2:17-cv-2509 CAB (NLS)

### TWENTY-THIRD DEFENSE

The damages demanded by Plaintiffs in their Complaint must be set off against, or reduced by any wages, compensation or other benefit received by Plaintiffs or which was earnable or receivable with the exercise of due diligence by Plaintiffs.

### TWENTY-FOURTH DEFENSE

Any deductions made to Plaintiffs' and/or Class members' paychecks were proper.

### TWENTY-FIFTH DEFENSE

Plaintiffs and/or the Class members received proper meal and rest periods, or voluntarily waived an missed periods.

### TWENTY-SIXTH DEFENSE

Plaintiffs and/or the Class members received accurate wage statements.

### TWENTY-SEVENTH DEFENSE

Plaintiffs and/or the Class members received proper indemnification for any and all expenses and/or losses, if any such expenses and/or losses actually occurred.

### TWENTY-EIGHTH DEFENSE

Defendants lack knowledge or information sufficient to form a belief as to whether it has other, as yet unstated, defenses. Defendants reserve the right to assert, and give notice that it intends to rely upon, any other defense that may become available or appear during discovery or otherwise, and reserves the right to amend its Answer to assert any such defense.

### PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment against Plaintiffs and the Class members as follows:

1.    That Plaintiffs, and/or the Class members, take nothing by way of its Counterclaim;

2.    That Plaintiffs, and/or the Class members, are not entitled to any damages, penalties, restitution, injunctive relief, declaratory relief or any other legal or

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT      2:17-cv-2509 CAB (NLS)

1  equitable remedy due to any act or omission of Defendants;

2       3.    That Complaint be dismissed, in its entirety, with prejudice; and

3       4.    For any other and further relief that the Court may deem just and proper.

4

5  Respectfully submitted,

6

Dated: February 20, 2018          **POPE, BERGER,**
7                                  **WILLIAMS & REYNOLDS, LLP**

8                                  By: /s/ Sara J. Waller
9                                  Harvey C. Berger
                                   Sara J. Waller
10                                 Attorneys for Defendants: ACCREDITED
11                                 DEBT RELIEF, LLC; SHAWN R.
                                   SYNDERGAARD; BENJAMIN P. SCHWAN;
12                                 and BRIAN M. STONE.

13

14              **<u>DEMAND FOR JURY TRIAL</u>**

        Defendants hereby demand a jury trial in this action.
15

16 Respectfully submitted,

17 Dated: February 20, 2018          **POPE, BERGER,**
                                     **WILLIAMS & REYNOLDS, LLP**
18

19                                   By: /s/ Sara J. Waller
                                     Harvey C. Berger
20                                   Sara J. Waller
21                                   Attorneys for Defendants: ACCREDITED
                                     DEBT RELIEF, LLC; SHAWN R.
22                                   SYNDERGAARD; BENJAMIN P. SCHWAN;
23                                   and BRIAN M. STONE.

24

25

26

27

28

31

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT        2:17-cv-2509 CAB (NLS)